IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,          :
                                    :
                v.                  :
                                    :          CRIMINAL ACTION NO.
                                    :
WILLIAM RIVERS,                    :          1:19-cr-0435-AT-RDC-3
                                    :

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") that this Court deny Defendant's Motion to Dismiss Indictment [Doc 62] and Motion to Suppress Statements [Doc. 105], and that his Supplemental Motion to Suppress Statements [Doc. 216] be granted.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980).  The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and

Recommendation as the opinion of this Court [Doc. 226]. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant's Motion to Dismiss Indictment [Doc 62] and Motion to Suppress Statements [Doc. 105]. Defendant's Supplemental Motion to Suppress Statements [Doc. 216] is **GRANTED**.

      **IT IS SO ORDERED** this 30th day of August, 2021.

**Amy Totenberg**
**United States District Judge**